# EXHIBIT "A"



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Buffalo Local Office
300 Pearl St, Suite 450
Buffalo, NY 14202
(716) 431-5007
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B) Issued On: 12/03/2024

To: Dr. Gabriella Greco
    414 East State Street, Unit No. 301
    Rockford, IL 61104

Charge No: 525-2024-02233

EEOC Representative and email:    Julie George
    Equal Employment Investigator
    julie.george@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination on the allegation of retaliatory discharge. All other allegations in Charge 525-2024-02233 are duplicates of allegations in charges filed with the New York State Division of Human Rights: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 525-2024-02233.

On behalf of the Commission,

*Maureen Kielt*                          12/02/2024
_____
Maureen Kielt
Local Office Director

**Cc:**

Christian Jones
SUNY Upstate Medical University
750 E Adams St. Rm. 301
Syracuse, NY 13210


Stewart L Karlin Esq.
Stewart Lee Karlin Law Group, PC
111 John Street, 22nd Floor 22nd Floor
New York, NY 10038


Please retain this notice for your records.