

**Office of the New York State Attorney General**

**Letitia James Attorney General**

April 16, 2025

Hon. Mitchell J. Katz
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

      Re:   *G.G. v. State University of New York, et al.*
              Index No.: 5:25-cv-0270

Dear Judge Katz:

      Plaintiff filed her complaint for the above-entitled matter on March 3, 2025. ECF No. 1. Defendants were served with a copy of the summons and complaint on March 31, 2025, and April 3, 2025. ECF Nos. 7-10. The Court has calendared defendants' responsive pleading deadline for April 21, 2025, and April 24, 2025.

      The undersigned was just recently assigned to this matter. In order to allow the undersigned to adequately review the file and submit a responsive pleading, defendants respectfully request a 21-day extension (until May 12, 2025). Plaintiff's counsel has graciously consented to this request.

                                      Respectfully,

                                      _s/ *Aimee Cowan*_____
                                      Aimee Cowan
                                      Assistant Attorney General
                                      Bar Roll No. 516178

cc:    Stewart L. Karlin, Esq., *via CM/ECF*