

**Office of the New York State Attorney General**

**Letitia James Attorney General**

May 6, 2025

Hon. Mitchell J. Katz
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

      Re:   *G.G. v. State University of New York, et al.*
              Index No.: 5:25-cv-0270

Dear Judge Katz:

      Plaintiff filed her complaint for the above-entitled matter on March 3, 2025. ECF No. 1. Defendants were served with a copy of the summons and complaint on March 31, 2025, and April 3, 2025. ECF Nos. 7-10. After granting defendants' request for an extension to file a responsive pleading, the Court calendared defendants' responsive pleading deadline for May 12, 2025. ECF No. 14.

      Due to the undersigned's dispositive motion deadlines—and previously scheduled depositions—in several other matters, defendants respectfully request a 21-day extension (until June 2, 2025). Plaintiff's counsel has graciously consented to this request.

      Respectfully,

      *s/ Aimee Cowan*
      Aimee Cowan
      Assistant Attorney General
      Bar Roll No. 516178

cc:   Stewart L. Karlin, Esq., *via CM/ECF*